# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRIN REGIRA, II

NO. 2023 KW 1032

**OCTOBER 18, 2023**

---

In Re:    Darrin Regira, II, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 52130.

---

BEFORE:    **WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT GRANTED.** Before trial, a person shall be bailable by sufficient surety, except when he is charged with a capital offense and the proof is evident and the presumption of guilt is great. See La. Const. art. I, § 18. Under La. Code Crim. P. art. 313(A)(2), if the court orders a contradictory hearing, the hearing **shall** be held within five days from the date of determination of probable cause, exclusive of weekends and legal holidays. The district court erred by setting the contradictory bail hearing outside the statutorily mandated time delay. Accordingly, the writ is granted and this matter is remanded for the district court to hold a hearing by or before October 23, 2023.

JEW
GH
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT